**Order entered November 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01286-CV

## PETER BEASLEY, Appellant

### V.

## SOCIETY OF INFORMATION MANAGEMENT, DALLAS AREA CHAPTER, ET AL.,
### Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03141**

## ORDER

To the extent that Appellant Peter Beasley's motion to supplement the record is seeking

leave to do so, such motion is **DENIED** and the supplemental clerk's record received on August

27, 2018 is **STRICKEN**.


/s/      DAVID EVANS
         JUSTICE